John J. Belanger, Esq., State Bar No. 021671
jbelanger@bremerwhyte.com
Ryan S. Leibel, Esq., State Bar No. 037068
rleibel@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
8950 South 52nd Street, Suite 201
Tempe, AZ 85284
Telephone:  (602) 274-1204
Facsimile:  (602) 274-1205

Attorneys for Defendant,
Costco Wholesale Corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lucia Giorgianni, | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| Costco Wholesale Corporation, | |
| Defendant. | |

Defendant Costco Wholesale Corporation ("Costco"), hereby gives Notice that it is removing this action from Maricopa County Superior Court to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ U.S.C. 1332, 1441, and 1446 for the following reasons:

**A.    THIS COURT HAS DIVERSITY JURISDICTION PURSUANT TO 28 U.S.C. § 1332**

The Court determines diversity jurisdiction at the time of removal.  *See St. Paul Mercury Indemnity Co. v. Red Cab Co.*, 303 U.S. 283, 292 (1938).  A defendant seeking removal has the burden to establish this Court's jurisdiction.  *See Geographic Expeditions, Inc. v. Estate of Lhotka*, 599 F.3d 1102, 1107 (9th Cir. 2010).

/ / /

/ / /

BREMER WHYTE BROWN &
O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ  85284
(602) 274-1204

1491.040  4856-8854-0720.1

1. **There is Complete Diversity Among the Legitimate Parties.**

      (a)    Plaintiff Lucia Giorgianni is an individual residing in the State of Arizona.  *See* Complaint, CV2022-0526627, Superior Court of Arizona, Maricopa County, ¶ 1.  Plaintiff thus is a citizen of Arizona for purposes of 28 U.S.C. § 1332(a).

      (b)    Defendant Costco is a Washington corporation with its principal place of business in Issaquah, Washington.  Costco, therefore, is a citizen of Washington for purposes of 28 U.S.C. § 1332(a).

2. **The Amount in Controversy Exceeds $75,000.00.**

Plaintiff has certified that the damages sought would not require the state court to assign this case to compulsory arbitration.  *See* Certificate of Compulsory Arbitration, CV2022-0526627, Superior Court of Arizona, Maricopa County.  Under the rule cited by Plaintiff, Plaintiff asserts that this matter is not subject to compulsory arbitration because Plaintiff seeks damages of $50,000.00 or more.  Ariz. R. Civ. P. 72.  Prior written correspondence from Plaintiff's counsel indicates Plaintiff underwent a surgical procedure for a torn meniscus in her left knee, which she relates to the subject incident.  During an August 30, 2022 telephone conference, Plaintiff's counsel stated that Plaintiff's past medical specials, not including some pending bills, were approximately $58,500.00.  Undersigned counsel was further informed that Plaintiff continues to treat following surgery and post-surgery complications.

A defendant need only "provide evidence establishing that it is more likely than not that the amount in controversy exceeds [$75,000.00]." *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996).  Given that Plaintiff alleges her surgery was necessitated by the incident, that she has incurred *no less* than $58,500.00 in past medical specials, and that Plaintiff continues to seek medical treatment for her alleged injuries, in conjunction with pain and suffering, it is certainly more likely than not that Plaintiff's alleged damages exceed $75,000.00.  Therefore, the amount in controversy exceeds the minimum requirement for diversity jurisdiction.

/ / /

BREMER WHYTE BROWN &
O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ 85284
(602) 274-1204

2

1491.040  4856-8854-0720.1

**3.** **Costco Has Met Its Burden.**

Based on the foregoing, complete diversity of citizenship exists and Costco has established by a preponderance of the evidence that the amount in controversy exceeds $75,000.00.  28 U.S.C. § 1446(b)(2); *see also Geographic Expeditions, Inc. v. Estate of Lhotka,* 599 F.3d 1102, 1107 (9th Cir. 2010).  As such, Costco has met its burden to establish jurisdiction of this Court.

**B.** **THIS NOTICE OF REMOVAL IS TIMELY AND COMPLIES WITH THE STATUTORY REQUIREMENTS.**

A notice of removal must be filed within 30 days of the date on which the case first became removable. 28 U.S.C. § 1446(b)(3).  Here, Plaintiff filed the Complaint in Maricopa County Superior Court on August 22, 2022.  Plaintiff served the Costco's statutory agent by process server on August 25, 2022.  This Notice of Removal has therefore been timely filed. *See* 28 U.S.C. § 1446(b)(2)(B).

Pursuant to 28 U.S.C. § 1446(d) and LRCiv 3.7(a), Costco has filed a copy of this Notice of Removal with the Superior Court of Arizona, Maricopa County and served it on Plaintiff.

Pursuant to 28 U.S.C. § 1446(a), copies of the documents filed in the state court are attached as Exhibit A.

WHEREFORE, Costco gives notice that the action pending against it in the Superior Court of Arizona, Maricopa County, has been removed to the United States District Court for the District of Arizona, Phoenix Division.

Dated: September 19, 2022

By:  */s/ John Belanger*
John J. Belanger, Esq.
Ryan S. Leibel, Esq.
Attorneys for Defendant
Costco Wholesale Corporation

BREMER WHYTE BROWN &
O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ 85284
(602) 274-1204

1491.040  4856-8854-0720.1

1

## CERTIFICATE OF SERVICE

2

3   I hereby certify that on September 19, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants, as well as e-mailed a copy as follows:

4

5

Trysta@alexandassociates.com

6   Trysta M. Puntenney
Alex & Associates, P.C.

7   1717 East Bell Road, Suite One

8   Phoenix, Arizona 85022-6200
*Attorney for Plaintiff*

9

10   By: */s/ DD Waldron*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BREMER WHYTE BROWN &
O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ 85284
(602) 274-1204

4

1491.040  4856-8854-0720.1