Exhibit A



Select Language
Powered by Google Translate

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2022-052627 | Judge: | Bachus, Alison |
| File Date: | 8/22/2022 | Location: | Northeast |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Lucia Giorgianni | Plaintiff | Female | Trysta Puntenney |
| Costco Wholesale Corporation | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 8/26/2022 | AFS - Affidavit Of Service | 8/31/2022 | |
| **NOTE:** COSTCO WHOLESALE CORPORATION | | | |
| 8/22/2022 | COM - Complaint | 8/22/2022 | |
| **NOTE:** Complaint | | | |
| 8/22/2022 | CSH - Coversheet | 8/22/2022 | |
| **NOTE:** Civil Cover Sheet | | | |
| 8/22/2022 | CCN - Cert Arbitration - Not Subject | 8/22/2022 | |
| **NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To | | | |
| 8/22/2022 | SUM - Summons | 8/22/2022 | |
| **NOTE:** Summons | | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**



## Service of Process Transmittal Summary

**TO:**  Laura Aznavoorian, Litigation Supervisor
Gallagher Bassett Services, Inc.
1901 S. Meyers Rd, Suite 200C
Oakbrook Terrace, IL 60181

**RE:**  **Process Served in Arizona**

**FOR:**  Costco Wholesale Corporation  (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: LUCIA GIORGIANNI,a married womanan // To: Costco Wholesale Corporation |
| **CASE #:** | CV2022052627 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Phoenix, AZ |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/25/2022 at 09:32 |
| **JURISDICTION SERVED:** | Arizona |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/25/2022, Expected Purge Date: 09/09/2022 |
| | Image SOP |
| | Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com |
| | Email Notification,  Zois Johnston  zjohnston@costco.com |
| | Email Notification,  Maureen Papier  maureen_papier@gbtpa.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
3800 N. Central Avenue
Suite 460
Phoenix, AZ 85012
866-665-5799
SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:**                            Thu, Aug 25, 2022
**Server Name:**                     Ryan Sotelo

| Entity Served | COSTCO WHOLESALE CORPORATION |
|---|---|
| Case Number | CV2022-052627 |
| Jurisdiction | AZ |

| Inserts | | |
|---|---|---|
| | | |



Clerk of the Superior Court
*** Electronically Filed ***
N. Marruffo, Deputy
8/22/2022 8:39:44 AM
Filing ID 14730950

Person/Attorney Filing: Trysta M Puntenney
Mailing Address: 1717 E. Bell Road, Ste 1
City, State, Zip Code: Phoenix, AZ 85022
Phone Number: (602)971-1775
E-Mail Address: trysta@alexandassociates.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 029504, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Lucia Giorgianni
Plaintiff(s),
v.
Costco Wholesale Corporation
Defendant(s).

Case No. **CV2022-052627**

**SUMMONS**

To: Costco Wholesale Corporation

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 22, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *NAOMI MARRUFFO*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #7122116

Clerk of the Superior Court
*** Electronically Filed ***
N. Marruffo, Deputy
8/22/2022 8:39:44 AM
Filing ID 14730947

Trysta M. Puntenney, #029504
**ALEX & ASSOCIATES, P.C.**
1717 East Bell Road, Suite One
Phoenix, Arizona 85022-6200
Telephone: (602) 971-1775
Facsimile: (602) 867-7833
Email: Trysta@alexandassociates.com
*Attorneys for Plaintiff*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| LUCIA GIORGIANNI, a married woman,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; ABC CORPORATIONS I-X; BLACK AND WHITE PARTNERSHIPS AND/OR SOLE PROPRIETORSHIPS I-X; and JOHN DOE and JANE DOE I-X,<br><br>Defendants. | Case No.  CV2022-052627<br><br>**COMPLAINT**<br><br>(Tort – Non-Motor Vehicle) |

Plaintiff Lucia Giorgianni, by and through undersigned counsel, as and for her Complaint alleges as follows:

1. At all times material herein, Plaintiff was a resident of Maricopa County, State of Arizona.

2. At all times material herein, Defendant Costco Wholesale Corporation ("Costco") was a Washington corporation doing business in Maricopa County, State of Arizona.

3. Defendant Costco operates a warehouse store located at 19901 North 27th Avenue, Phoenix, Arizona, 85027.

4. Defendants sued herein as John Doe and Jane Doe I-X are now and were at all relevant times owners, partners, agents, servants, managers, and/or employees of Costco, or

owners/lessees of property located at 19901 North 27th Avenue, Phoenix, Arizona, 85027, and as such are liable for the actions of said Defendant(s) such that the employer Defendant Costco is vicariously liable for the acts and omissions of John Doe and Jane Doe I-X. Further the Defendants sued herein as Jane Doe I-X are the wives of Defendants John Doe I-X and all acts complained of herein were for and on behalf of the respective Doe marital communities.  Plaintiff will request leave of the Court to insert the true names of these unknown Defendants as their identities are learned in the course of discovery.

5.  The Defendants sued herein as ABC Corporations I-X, is/are the owner(s), agent(s), dba(s), servant(s), wholly owned subsidiary(ies), managing partner(s) and/or corporate parent(s) of Defendant Costco, or owners/lessees of property located at 19901 North 27th Avenue, Phoenix, Arizona, 85027, as such is/are liable for the actions of said Defendants.  All said fictitious Defendants are believed to be authorized to do business in the State of Arizona.  Plaintiff will request leave of the Court to insert the true names of these unknown Defendants as their identities are learned in the course of discovery.

6.  The Defendants sued herein as Black and White Partnerships and/or Sole Proprietorships I-X, is/are the owner(s), agent(s), dba(s), servant(s), wholly owned subsidiary(ies), managing partner(s) and/or corporate parent(s) of Defendant Costco or owners/lessees of property located at 19901 North 27th Avenue, Phoenix, Arizona, 85027, as such, is/are liable for the actions of said Defendants.  All said fictitious Defendants are believed to be authorized to do business in the State of Arizona.

7.  Venue is proper in this Court.

8.  Pursuant to Arizona Rules of Civil Procedure, Rule 26.2(c)(3), the Court should assign this case to Tier 2 based on the amount of damages requested.

9.  On August 23, 2020, while in the food court at Costco, located at 19901 North 27th Avenue, Phoenix, Arizona, 85027, Plaintiff slipped and fell on liquid that had accumulated on the store floor, causing her injuries.

10.    Plaintiff was a business invitee at Costco and had a legal right to be on the premises.

11.     Defendant Costco and its employee(s) had a non-delegable duty to business invitees, including Plaintiff.

12.     Defendant Costco and its employee(s) owed a duty, specifically to Plaintiff, to conduct reasonable inspection of the premises for hazards, to warn Plaintiff of any such hazards, to operate in a way not to cause or prevent hazards, and to remedy any such hazards, whether created by Defendants, known, or that it discovers.

13.     On August 23, 2020, an unreasonably dangerous condition existed on Defendant Costco's premises.

14.     Defendant Costco and its employee(s) breached their duty to provide Plaintiff with an adequately maintained common area and creating an unreasonably dangerous condition by allowing liquid to remain in the common area, resulting in the subject incident.

15.     The liquid remained in the common area where it was foreseeable that invitees would be walking, negligently creating an unreasonable dangerous condition.

16.     Defendant Costco and its employee(s) knew or should have known that an unreasonable dangerous condition existed on its premises, therefore providing Defendants ample notice to take action to remedy the unreasonably dangerous condition.

17.     As a result of Defendants' failure to warn of the dangerous condition, failure to remedy the dangerous condition and/or creating the dangerous condition, Plaintiff fell and sustained severe and permanent injuries.

18.     Defendant is vicariously responsible for the negligent conduct of its employees which resulted in Plaintiff's injuries.

19.     As a direct and proximate result of the negligent hiring/supervising, maintenance of the premises, and careless conduct of Defendants and its agents or employees, Plaintiff sustained the following damages and injuries to be established at trial:

     a. Severe and personal injuries which caused, and may continue to cause her, pain, suffering, distress, diminished physical and mental capacity, loss of wages, mental and emotional anguish and anxiety, and a substantial decrease in her quality of life;

b.  Expenses for medical care, past and future; and

c.  Interest accruing on all damages until paid in full.

**WHEREFORE**, Plaintiff requests judgment against Defendants, each of them, as follows:

a.  For general damages in an amount determined by the trier of fact to sufficiently compensate Plaintiff for her pain and suffering, along with interest at the highest legal rate allowed from the date of judgment until paid in full;

b.  For special damages in an amount found by the trier of fact to compensate Plaintiff for all medical expenses, past and future, and loss of wages incurred herein plus interest at the highest legal rate allowed from the date said expenses were incurred until paid in full.

c.  For interest on all damages for the time accrued until paid;

d.  For Plaintiff's costs of this matter incurred herein along with interest at the highest legal rate allowed from the date of judgment until paid in full; and

e.  For such other and further relief as the Court deems just and proper.

**DATED** this 22nd day of August, 2022.

**ALEX & ASSOCIATES, P.C.**

By:  _/s/ Trysta M. Puntenney_____
      Trysta M. Puntenney
      1717 E. Bell Road, Suite One
      Phoenix, Arizona 85022
      *Attorneys for Plaintiff*

Clerk of the Superior Court
*** Electronically Filed ***
N. Marruffo, Deputy
8/22/2022 8:39:44 AM
Filing ID 14730949

Person/Attorney Filing: Trysta M Puntenney
Mailing Address: 1717 E. Bell Road, Ste 1
City, State, Zip Code: Phoenix, AZ 85022
Phone Number: (602)971-1775
E-Mail Address: trysta@alexandassociates.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 029504, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Lucia Giorgianni<br>Plaintiff(s),<br>v.<br>Costco Wholesale Corporation<br>Defendant(s). | Case No.  CV2022-052627<br><br>**CERTIFICATE OF<br>COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Trysta M Puntenney /s/
    Plaintiff/Attorney for Plaintiff